# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

---

Case Title: COBBLER NEVADA, LLC v. PETER SIDORCZUK, ROBERT COLBERT et al.

Case Number: 15-CV-8391

An appearance is hereby filed by the undersigned as attorney for:

Defendant, ROBERT PEDERSEN

Attorney name (type or print): TONYA G. NEWMAN

Firm: NEAL GERBER & EISENBERG LLP

Street address: 2 N. LaSALLE, SUITE 1700

City/State/Zip: CHICAGO, IL 60602

Bar ID Number: 6286958
(See item 3 in instructions)

Telephone Number: 312-269-8000

Email Address: tnewman@ngelaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 11, 2016

Attorney signature: S/ Tonya G. Newman

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015